```
                    FILED
          CLERK, U.S. DISTRICT COURT
                  APR - 4 2012
          CENTRAL DISTRICT OF CALIFORNIA
          BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

05-CR-130-GHK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Davonya Kusan Grant | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

1    The court concludes:

2  A.   ( )   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:

5    _____
6    _____
7    _____
8    _____

9
10 (B)  [x]   Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12    _she will comply with court orders,_
13    _including submission of monthly_
14    _supervision reports._
15    _____

16
17    IT IS ORDERED that defendant be detained.

18
19
20
21  DATED: _4/4/12_

22
23
24                                    _____
                                      HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28